UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

JAMES EDWARD GILLS, JR.,

       Debtor.

Case No. 16-42453-mar
Chapter 7
Judge Randon

_____/

## ORDER AUTHORIZING TRUSTEE TO SELL REAL ESTATE FREE AND CLEAR OF LIENS, TRANSFERRING LIENS TO PROCEEDS, AND TO COMPENSATE BROKER AT CLOSING

Wendy Turner Lewis, the Chapter 7 Trustee of the Debtor's estate, having filed her Motion for Order Authorizing Trustee to Sell Real Estate Free and Clear of Liens, Transferring Liens to Proceeds, and to Compensate Broker at Closing (the "Motion"); notice having been properly served on all interested parties and creditors; no objections to the Motion having been filed; and the Court being otherwise duly advised in the premises:

IT IS ORDERED that:

(A)   The Trustee is authorized to sell residential real property commonly known as 872 Amanda Lane, Unit 114, Pontiac, Michigan (the "Property"), pursuant to 11 U.S.C. § 363(b) via a Trustee sale, according to the terms and conditions set forth in the Motion, which are approved and incorporated into this Order;

1

(B)     At the closing on the Trustee's sale of the Property, she shall pay in full the balance owed on the mortgage on the Property currently held by Wilmington Savings Fund Society, FSB, *et al.*;

(C)     At the closing on the Trustee's sale of the Property, she shall also pay from the proceeds of sale, any valid perfected lien claims of the Walton Pond Condominium Association, the City of Pontiac, and the Oakland County Treasurer;

(D)     Notwithstanding any terms of this Order to the contrary, pursuant to 11 U.S.C. § 363(f) all junior mortgage and lien interests in the Property are extinguished with respect to the Property and shall not assert a secured claim to the sale proceeds, but are subordinated to general unsecured claim status for any amounts owing to them, and their mortgages, liens, and security interests are deemed discharged;

(E)     Pursuant to 11 U.S.C. § 363(f), all liens on the Property, other than those listed in Paragraphs (B) and (C), above, whether consensual or statutory, are extinguished with respect to the Property;

(F)     All persons and governmental units are enjoined from taking any action against the Real Estate to realize on any putative interests including, but not limited to, any action to collect any property tax, installment of a special assessment, or utility payment;

2

(G)     Each and every appropriate federal, state, and local governmental agency or department is ordered and directed to accept transactions contemplated by this Order including, without limitation, filings in the recording offices in Michigan and governmental agencies or departments;

(H)     The Trustee is authorized to execute such documents and agreements and to do such things as may be necessary or appropriate in her sole discretion to implement, effectuate, and consummate the transactions contemplated in this Order; and

(I)     The Trustee is authorized to compensate her real estate broker, Edward T. Harris of ReMax First, its six percent (6%) commission on the gross proceeds of sale at the closing of the sale of the Property.

.

Signed on May 28, 2016

___/s/ Mark A. Randon ___ __
Mark A. Randon
United States Bankruptcy Judge

3